| | |
|---|---|
| 1 | **KURT BONDS, ESQ.** |
| | Nevada Bar No. 6228 |
| 2 | **TREVOR WAITE, ESQ.** |
| 3 | Nevada Bar No. 13779 |
| | **ALVERSON TAYLOR & SANDERS** |
| 4 | 6605 Grand Montecito Pkwy |
| | Suite 200 |
| 5 | Las Vegas, NV 89149 |
| 6 | Telephone: (702) 384-7000 |
| | Facsimile: (702) 385-7000 |
| 7 | efile@alversontaylor.com |
| | kbonds@alversontaylor.com |
| 8 | twaite@alversontaylor.com |
| 9 | *Counsel for Trans Union LLC* |



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

JAN 31 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| ERIC STEINMETZ, | CASE No.: 2:19-cv-00064-GMN-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| AMERICAN HONDA FINANCE, CAPITAL ONE, CONN CREDIT CORP, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., INNOVIS DATA SOLUTIONS, INC., MACYS/DSNB, MECHANICS BANK FKA CRB, and TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff Eric Steinmetz ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 10, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 1, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 22, 2019, provided that Trans Union's counsel participates in a 26(f) conference if scheduled prior to this date. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this ___ day of January 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC and KNEPPER & CLARK, LLC**

//S// Miles N. Clark
David H. Krieger
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainsandkrieger.com
and
Matthew I. Knepper
Miles N. Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, Nevada 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Matthew.knepper@knepperclark.com
*Counsel for Plaintiff*

2

KB/26032

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 31st day of January, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

KB/26032