MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 07287
HUNTER S. DAVIDSON, ESQ.
Nevada Bar No. 14860
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
              hdavidson@klnevada.com

Kerry W. Franich
Nevada Bar No. 11128
**SEVERSON & WERSON**
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
E-Mail: kwf@severson.com

*Attorneys for Defendant,*
*Mechanics Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC STEINMETZ,<br><br>             Plaintiff,<br><br>    vs.<br><br>AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC,<br><br>             Defendants. | CASE NO. 2:19-cv-00064-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

*Vertical sidebar text:* KOLESAR & LEATHAM — 400 S. Rampart Boulevard, Suite 400 — Las Vegas, Nevada 89145 — TEL: (702) 362-7800 / FAX: (702) 362-9472

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

**STIPULATION TO EXTEND DEADLINE TO FILE
RESPONSIVE PLEADING TO COMPLAINT**

Defendant Mechanics Bank f/k/a CRB ("Mechanics Bank"), by and through its counsel record, Michael R. Brooks, Esq. and Hunter S. Davidson, Esq. of the law firm Kolesar & Leatham, and Kerry W. Franich, Esq. of the law firm Severson & Werson, and Plaintiff Eric Steinmetz ("Plaintiff"), by and through its counsel of record, Matthew Knepper, Esq. and Miles Clark, Esq. of the law firm Knepper & Clark, and David H. Krieger of the law firm Haines & Krieger, hereby stipulate as follows:

WHEREAS, on January 10, 2019, Plaintiff filed a Complaint (the "Complaint") against, among other parties, Mechanics Bank;

WHEREAS, the deadline to submit a Motion or Answer to the Complaint is due February 4, 2019, or twenty one (21) days after the date of service, January 14, 2019.

WHEREAS, the Parties have agreed to an extension of time for Mechanics Bank to file a responsive pleading to allow for additional time to gather background information regarding the allegation in the Complaint;

**IT IS THEREFORE STIPULATED AND AGREED** that Mechanics Bank shall have through and including February 25, 2019 to file a responsive pleading to the Complaint;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that Mechanics Bank shall participate in any properly noticed Conference made pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1 that is scheduled prior to the extended deadline of February 25, 2019, if any.

**IT IS SO STIPULATEED.**

DATED this 1st day of February, 2019.

| | |
|---|---|
| **Knepper & Clark / Haines & Krieger** | **Kolesar & Leatham / Severson & Werson** |

By /s/ MILES CLARK, ESQ.　　　　　　　　　　By /s/ Hunter S. Davidson, Esq.
　　Matthew I. Knepper, Esq.　　　　　　　　　Michael R. Brooks, Esq.
　　Nevada Bar No. 12796　　　　　　　　　　　Nevada Bar No. 07287
　　Miles N. Clark, Esq.　　　　　　　　　　　Hunter S. Davidson, Esq.
　　Nevada Bar No. 13848　　　　　　　　　　　Nevada Bar No. 14860
　　10040 West Cheyenne Avenue　　　　　　　400 South Rampart Boulevard, Suite 400
　　Suite 170-109　　　　　　　　　　　　　　Las Vegas, Nevada  89145
　　Las Vegas, Nevada  89129

　　David H. Krieger, Esq.　　　　　　　　　　Kerry W. Franich
　　Nevada Bar No. 09086　　　　　　　　　　　Nevada Bar No. 11128
　　8985 South Eastern Avenue, Suite 350　　　19100 Von Karman Avenue, Suite 700
　　Henderson, Nevada 89123　　　　　　　　　Irvine, California 92612

*Attorneys for Plaintiff,*　　　　　　　　　　*Attorneys for Defendant,*
*Eric Steinmetz*　　　　　　　　　　　　　　*Mechanics Bank*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED 4th day of February, 2019.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472