Abran E. Vigil
Nevada Bar No. 7548
Michael DiGiacomo
Nevada Bar No. 13478
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: digiacomom@ballardspahr.com

*Attorneys for Defendant
Department Stores National Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Steinmetz,<br><br>Plaintiff,<br><br>vs.<br><br>American Honda Finance; Capital One; Conn Credit Corp; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Macys/DSNB; Mechanics Bank FKA CRB; and Trans Union, LLC<br><br>Defendants. | NO. 2:19-CV-00064 -GMN-VCF<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Eric Steinmetz ("Steinmetz") and Defendant Department Stores National Bank, erroneously named herein as Macys/DSNB, ("DSNB"), by and through their undersigned counsel, hereby jointly stipulate and move for entry of an order extending DSNB's deadline to respond to the Complaint by 14 days, up to and including February 18, 2019. In the event that a Rule 26(f) conference is scheduled prior to February 18, 2019, DSNB agrees that it will participate in the same.

A proposed Order is submitted concurrently with this Stipulated Motion that DSNB may have up to and including February 18, 2019 to answer or otherwise respond to the Complaint in this matter.

///

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Telephone: 702.471.7000

RESPECTFULLY SUBMITTED this 4th day of February, 2019.

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ *Michael A. DiGiacomo*<br>    Abran E. Vigil<br>    Michael DiGiacomo<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, NV 89135-2958<br><br>    *Attorneys for Defendant*<br>    *Department Stores National Bank.* | By: /s/ *Miles N. Clark* (w/ permission)<br>    Matthew I. Knepper<br>    Miles N. Clark<br>    10040 W. Cheyenne Ave.<br>    Suite 170-109<br>    Las Vegas, NV 89129<br><br>    *Attorneys for Plaintiff*<br>    *Eric Steinmetz* |

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of February, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: */s/Caroline Wright*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-5-2019