| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Christopher A. J. Swift, Esq. |
| 2 | Nevada Bar No. 11291 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 13146 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | rhernandez@wrightlegal.net |
| 6 | *Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corp)* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| ERIC STEINMETZ, | Case No.: 2:19-cv-00064-GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff, Eric Steinmetz ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 10, 2019, Plaintiff filed his Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on January 17, 2019. Based on the above service, Conn's answer or responsive pleading is due on or before February 7, 2019. The Parties have discussed extending the deadline for Conn to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file its responsive pleading be extended to February 21, 2019. Conn agrees to participate and attend any Rule 26(f) conference that occurs during the pendency of the extension.

This is the first stipulation for extension of time for Conn to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 7th day of February, 2019.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corp)*

DATED this 7th day of February, 2019.
KNEPPER & CLARK LLC

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Eric Steinmetz*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-8-2019