Abran E. Vigil
Nevada Bar No. 7548
Michael DiGiacomo
Nevada Bar No. 13478
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: digiacomom@ballardspahr.com

*Attorneys for Defendant*
*Department Stores National Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eric Steinmetz, | NO. 2:19-CV-00064 |
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| American Honda Finance; Capital One; Conn Credit Corp; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Macys/DSNB; Mechanics Bank FKA CRB; and Trans Union, LLC | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Eric Steinmetz ("Steinmetz") and Defendant Department Stores National Bank, erroneously named herein as Macys/DSNB, ("DSNB"), by and through their undersigned counsel, hereby jointly stipulate and move for entry of an order further extending DSNB's deadline to respond to the Complaint by an additional 14 days, up to and including March 4, 2019. The parties believe that they will be able to resolve all disputes and that a notice of dismissal regarding DSNB will be filed. In the event that a Rule 26(f) conference is scheduled prior to March 4, 2019, DSNB agrees that it will participate in the same.

A proposed Order is submitted concurrently with this Stipulated Motion that DSNB may have up to and including March 4, 2019 to answer or otherwise respond to the Complaint in this matter.

RESPECTFULLY SUBMITTED this 18th day of February, 2019.

BALLARD SPAHR LLP                          KNEPPER & CLARK LLC

By: /s/ *Michael A. DiGiacomo*              By: /s/ *Miles N. Clark* (w/ permission)
    Abran E. Vigil                          Matthew I. Knepper
    Michael DiGiacomo                       Miles N. Clark
    1980 Festival Plaza Drive, Suite 900    10040 W. Cheyenne Ave.
    Las Vegas, NV  89135-2958               Suite 170-109
                                            Las Vegas, NV 89129

    *Attorneys for Defendant*
    *Department Stores National Bank.*      *Attorneys for Plaintiff*
                                            *Eric Steinmetz*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of February, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: /s/ *Tasha Hart*

1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
8
DISTRICT OF NEVADA
9
Eric Steinmetz,

NO. 2:19-CV-00064
10
Plaintiff,

**ORDER**
11
vs.
12
American Honda Finance; Capital One;
Conn Credit Corp; Equifax Information
13
Services, LLC; Experian Information
Solutions, Inc.; Innovis Data Solutions, Inc.;
14
Macys/DSNB; Mechanics Bank FKA CRB;
and Trans Union, LLC
15
16
Defendants.
17
     Pursuant to the stipulation of the Plaintiff Eric Steinmetz and Defendant
18
Department Stores National Bank, erroneously named herein as Macys/DSNB, and good
19
cause appearing it is hereby
20
     ORDERED that Department Stores National Bank may have up to and including
21
March 4, 2019 to answer or otherwise respond to the Complaint in this matter.
22
23
24
25
IT IS SO ORDERED.
26
27
UNITED STATES MAGISTRATE JUDGE
28
DATED: 3-4-2019