Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC STEINMETZ<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC;<br><br>Defendants. | Case No.: 2:19-cv-00064-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (erroneously sued as American Honda Finance, and hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, ERIC STEINMETZ, by and through his counsel of record, MILES N. CLARK, ESQ. of the law firm KNEPPER & CLARK LLC hereby stipulate and agree to extend the deadline for filing a responsive pleading to Plaintiff's First Amended Complaint by one week, up to and including April 1, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1427277V.1

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for AHFC has been involved in a two-week trial and has not had sufficient time to prepare a responsive pleading.

This is the parties' first request for extension of the deadline.

DATED this 25th day of March, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 25th day of March, 2019.

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorney for Plaintiff Eric Steinmetz*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 26th day of March, 2019.

UNITED STATES MAGISTRATE JUDGE

1427277V.1