1  MICHAEL R. BROOKS, ESQ.
   Nevada Bar No. 07287
2  HUNTER S. DAVIDSON, ESQ.
   Nevada Bar No. 14860
3  **KOLESAR &LEATHAM**
4  400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada 89145
5  Telephone: (702) 362-7800
   Facsimile: (702) 362-9472
6  E-Mail: mbrooks@klnevada.com
7  hdavidson@klnevada.com

8  Kerry W. Franich
   Nevada Bar No. 11128
9  **SEVERSON &WERSON**
   19100 Von Karman Avenue, Suite 700
10 Irvine, California 92612
11 Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
12 E-Mail: kwf@severson.com

13 *Attorneys for Defendant,*
   *Mechanics Bank f/k/a CRB*
14

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| ERIC STEINMETZ, | CASE NO. 2:19-cv-00064-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |
| vs. | |
| AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC,, | |
| Defendants. | |

# STIPULATION TO EXTEND DEADLINE TO FILE
# RESPONSIVE PLEADING TO COMPLAINT

Defendant Mechanics Bank f/k/a CRB ("Mechanics Bank"), by and through its counsel of record, Michael R. Brooks, Esq. and Hunter S. Davidson, Esq. of the law firm Kolesar & Leatham, and Kerry W. Franich, Esq. of the law firm Severson & Werson, and Plaintiff Eric Steinmetz ("Plaintiff"), by and through his counsel of record, Matthew Knepper, Esq. and Miles Clark, Esq. of the law firm Knepper & Clark, and David H. Krieger of the law firm Haines & Krieger, hereby stipulate as follows:

WHEREAS, on January 10, 2019, Plaintiff filed a Complaint (the "Complaint") against, among other parties, Mechanics Bank;

WHEREAS, after obtaining an extension, on February 26, 2019, Mechanics Bank filed its answer to the Complaint;

WHEREAS, on March 11, 2019, Plaintiff filed the First Amended Complaint (the "FAC") against, among other parties, Mechanics Bank;

WHEREAS, the Parties have agreed to an extension of time for Mechanics Bank to file a responsive pleading to the FAC to allow for the parties to explore resolution through settlement;

**IT IS THEREFORE STIPULATED AND AGREED** that Mechanics Bank shall have through and including April 8, 2019 to file a responsive pleading to the Complaint.

**IT IS SO STIPULATED.**

DATED this 25th day of March, 2019.

| **Knepper & Clark / Haines & Krieger** | **Kolesar & Leatham / Severson & Werson, APC** |
|---|---|
| By /s/ MILES CLARK, ESQ.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 West Cheyenne Avenue<br>Suite 170-109<br>Las Vegas, Nevada 89129 | By /s/ Hunter S. Davidson, Esq.<br>Michael R. Brooks, Esq.<br>Nevada Bar No. 07287<br>Hunter S. Davidson, Esq.<br>Nevada Bar No. 14860<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145 |

| | |
|---|---|
| David H. Krieger, Esq.<br>Nevada Bar No. 09086<br>8985 South Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 | Kerry W. Franich<br>Nevada Bar No. 11128<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612 |
| *Attorneys for Plaintiff,*<br>*Eric Steinmetz* | *Attorneys for Defendant,*<br>*Mechanics Bank f/k/a CRB* |

IT IS SO ORDERED.

**ORDER**

_____

UNITED STATES MAGISTRATE JUDGE

Dated 27th day of March, 2019.