1  MICHAEL R. BROOKS, ESQ.
   Nevada Bar No. 07287
2  **KOLESAR &LEATHAM**
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
4  Facsimile: (702) 362-9472
   E-Mail: mbrooks@klnevada.com
5
   *Attorney for Defendant,*
6  *Mechanics Bank f/k/a CRB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ERIC STEINMETZ, | CASE NO. 2:19-cv-00064-GMN-VCF |
| Plaintiff, | |
| vs. | **SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |
| AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC,, | |
| Defendants. | |

Defendant Mechanics Bank f/k/a CRB ("Mechanics Bank"), by and through its counsel of record, Michael R. Brooks, Esq., of the law firm Kolesar & Leatham, and Plaintiff Eric Steinmetz ("Plaintiff"), by and through his counsel of record, Matthew Knepper, Esq. and Miles Clark, Esq. of the law firm Knepper & Clark, and David H. Krieger of the law firm Haines & Krieger, hereby stipulate as follows:

WHEREAS, on January 10, 2019, Plaintiff filed a Complaint (the "Complaint") against, among other parties, Mechanics Bank;

| | |
|---|---|
| 1 | WHEREAS, after obtaining an extension, on February 26, 2019, Mechanics Bank filed its answer to the Complaint; |
| 3 | WHEREAS, on March 11, 2019, Plaintiff filed the First Amended Complaint (the "FAC") against, among other parties, Mechanics Bank; |
| 5 | WHEREAS, on March 25, 2019, the Parties agreed to an extension of time for Mechanics Bank to file a responsive pleading; |
| 7 | WHEREAS, the parties have agreed to an additional extension of time for Mechanics Bank to file a responsive pleading to the FAC to allow for the parties to explore resolution through settlement; |
| 10 | **IT IS THEREFORE STIPULATED AND AGREED** that Mechanics Bank shall have through and including April 15, 2019 to file a responsive pleading to the Complaint. |
| 12 | **IT IS SO STIPULATED.** |
| 13 | DATED this 5th day of April, 2019. |

**Knepper & Clark / Haines & Krieger**　　　　**Kolesar & Leatham**

By _/s/ Miles N. Clark_　　　　　　　　　　By _/s/ Michael R. Brooks_
　　Matthew I. Knepper, Esq.　　　　　　　　Michael R. Brooks, Esq.
　　Nevada Bar No. 12796　　　　　　　　　Nevada Bar No. 07287
　　Miles N. Clark, Esq.　　　　　　　　　　400 South Rampart Boulevard, Suite 400
　　Nevada Bar No. 13848　　　　　　　　　Las Vegas, Nevada 89145
　　10040 West Cheyenne Avenue
　　Suite 170-109　　　　　　　　　　　　　*Attorney for Defendant,*
　　Las Vegas, Nevada 89129　　　　　　　　*Mechanics Bank f/k/a CRB*

　　David H. Krieger, Esq.
　　Nevada Bar No. 09086
　　8985 South Eastern Avenue, Suite 350
　　Henderson, Nevada 89123

*Attorneys for Plaintiff,*
*Eric Steinmetz*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of April, 2019.