Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC,<br><br>        Defendants. | Case No. 2:19-cv-00064-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 50]**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 10, 2019<br>FAC filed: March 11, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Eric Steinmetz ("Plaintiff"), by and through their counsel of record, hereby submit this stipulation to extend time for Experian to file its reply in support of its motion to dismiss filed on March 25, 2019 (ECF No. 50) pursuant to LR IA 6-1.

Plaintiff filed his First Amended Complaint on March 11, 2019. (ECF No. 44). Experian filed its motion to dismiss on March 25, 2019. (ECF No. 50). Plaintiff filed his opposition to Experian's motion to dismiss on April 8, 2019. (ECF No. 63). Currently, Experian's reply in support of its motion to dismiss is due April 15, 2019. Plaintiff and Experian stipulate and agree

that Experian shall have a one-week extension or until April 22, 2019, to file its reply in support of its motion to dismiss.

This is Experian's first request for an extension of time to file its reply in support of its motion to dismiss and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to respond to the arguments set forth in Plaintiff's opposition and taking into account several other filings that Experian has due around this time in this District.

DATED this 10th day of April 2019.

KNEPPER & CLARK LLC

By: */s/ Miles N. Clark*
    Matthew I. Knepper (NBN 12796)
    Miles N. Clark (NBN 13848)
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

    David H. Krieger (NBN 9086)
    HAINES & KRIEGER
    8985 S. Eastern Avenue, Suite 350
    Las Vegas, NV 89123

    *Attorneys for Plaintiff Eric Steinmetz*

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Andrew J. Sharples
    Nevada Bar No. 12866
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    Cheryl L. O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612-4408

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this _17_ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000