Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; and TRANS UNION LLC, <br><br> Defendants. | Case No.: 2:19-cv-00064-GMN-VCF <br><br> **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT** <br><br> **[FIRST REQUEST]** |

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [FIRST REQUEST] - 1

Plaintiff Eric Steinmetz ("Plaintiff") and Defendant American Honda Finance ("AHF") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend Plaintiff's deadline to file a Response to AHF's Motion to Dismiss Amended Complaint (21) twenty-one days:

1. On January 10, 2019, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On February 25, 2019, Experian filed a Motion to Dismiss the Complaint [ECF Dkt.32].

3. On March 11, 2019, Plaintiffs filed an Amended Complaint [ECF Dkt. 44].

4. On April 3, 2019 AHF filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 60].

5. Plaintiff's Response is due April 17, 2019.

6. Plaintiff and AHF have agreed to extend Plaintiff's response twenty-one days in order to allow Plaintiffs' counsel to contact the clients to address AHF'S pending motion to dismiss and obtain approval to file the response. As a result, both Plaintiff and AHF hereby request this Court to further extend the date for Plaintiff to respond to AHF's Motion to Dismiss Amended Complaint until **May 8, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

//

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [FIRST REQUEST] - 2

IT IS SO STIPULATED.

Dated April 15, 2019.

| **KNEPPER & CLARK LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Chad C. Butterfield* |
| Matthew I. Knepper, Esq. | Chad C. Butterfield, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 10532 |
| Miles N. Clark, Esq. | 300 South Fourth St., 11th Floor |
| Nevada Bar No. 13848 | Las Vegas, NV 89101 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: chad.butterfield@wilsonelser.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *American Honda Finance.* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

*Steinmetz v. American Honda Finance et al*
2:19-cv-00064-GMN-VCF

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

Dated this __29__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE