1  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   6689 Las Vegas Blvd. South, Suite 200
3  Las Vegas, Nevada 89119
   (702) 727-1400; FAX (702) 727-1401
4  chad.butterfield@wilsonelser.com
   *Attorneys for Defendant*
5  *AMERICAN HONDA FINANCE CORPORATION*

6                    **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC STEINMETZ | Case No.: 2:19-cv-00064-JCM-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF TIME FOR AMERICAN HONDA FINANCE CORPORATION TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| AMERICAN HONDA FINANCE; CAPITAL ONE; CONN CREDIT CORP; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; MACYS/DSNB; MECHANICS BANK FKA CRB; AND TRANS UNION LLC; | |
| | **(First Request)** |
| Defendants. | |

   Defendant, AMERICAN HONDA FINANCE CORPORATION (erroneously sued as American Honda Finance, and hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, ERIC STEINMETZ, by and through his counsel of record, MILES N. CLARK, ESQ. of the law firm KNEPPER & CLARK LLC hereby jointly move to extend AHFC's deadline to file a responsive pleading to Plaintiff's First Amended Complaint by fourteen (14) days, from February 19, 2021 to March 5, 2021.  This is the first request for an extension for AHFC to file its responsive pleading.

   AHFC and Plaintiff have agreed to extend the deadline for AHFC to file its responsive pleading as the parties are currently engaged in settlement negotiations and agree that their respective resources would be better served in attempting to reach a settlement.

. . .

1

250773064V.1

1   This joint motion is made in good faith, is not interposed for delay, and is not filed for an
2   improper purpose.

3   IT IS SO STIPULATED

4   DATED this 19th day of February, 2021.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 19th day of February, 2021.

**KNEPPER & CLARK LLC**

 */s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV  89129
*Attorney for Plaintiff Eric Steinmetz*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 22nd day of February, 2021.

_____
UNITED STATES MAGISTATE JUDGE

250773064V.1