Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.,
Nevada Bar No. 9086
KRIEGER LAW GROUP LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Steinmetz,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CAPITAL ONE; and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>          Defendants. | Case No. 2:19-cv-00064-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF AMERICAN HONDA FINANCE, WITH PREJUDICE**<br><br>Complaint filed: January 10, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant AMERICAN HONDA FINANCE, from the above captioned action, with prejudice.

//

//

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: June 17, 2021.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| /s/ *Miles N. Clark* | /s/ *Chad C. Butterfield* |
| Matthew I. Knepper, Esq., SBN 12796 | Chad C. Butterfield, Esq., SBN 10532 |
| Miles N. Clark, Esq., SBN 13848 | 6689 Las Vegas Blvd. South, Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89119 |
| Las Vegas, NV 89148 | Email: chad.butterfield@wilsonelser.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *American Honda Finance* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | **NAYLOR & BRASTER** |
| Henderson, NV 89052 | |
| Email: DKrieger@kriegerlawgroup.com | /s/ *Jennifer L. Braster* |
| | Jennifer L. Braster, Esq., SBN 9982 |
| *Counsel for Plaintiff* | 1050 Indigo Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| | Email: jbraster@nblawnv.com |
| | |
| | **JONES DAY** |
| | Cheryl L. O'Connor, Esq., SBN 14745 |
| | 3161 Michelson Drive, Suite 800 |
| | Irvine, CA 92612-4408 |
| | Email: Coconnor@jonesday.com |
| | |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

<u>**ORDER GRANTING STIPULATION OF DISMISSAL OF**</u>

<u>**AMERICAN HONDA FINANCE WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED June 23, 2021

*Steinmetz v. American Honda Finance et al*
*Case No. 2:19-cv-00064-JCM-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2