# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ERIC STEINMETZ,

        Plaintiff,

vs.

AMERICAN HONDA FINANCE; CAPITAL ONE; and EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

2:19-cv-00064-JCM-VCF

**ORDER**

      Before the Court is *Eric Steinmetz v. American Honda Finance, et al.*, case number 2:19-cv-00064-JCM-VCF.

      A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      Accordingly,

      IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before September 23, 2021.

DATED this 24th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE