Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.,
Nevada Bar No. 9086
KRIEGER LAW GROUP LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff Eric Steinmetz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC STEINMETZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:19-cv-00064-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint filed: January 10, 2019 |

PLEASE TAKE NOTICE that Plaintiff Eric Steinmetz ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff hereby stipulates that all of his claims and causes of action against Experian, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party. There are no longer any issues in this matter between Plaintiff and

Experian to be determined by the Court, and Experian is the only remaining defendant.

**IT IS SO STIPULATED.**
DATED: November 10, 2021.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13848 | Las Vegas, NV 89145 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | **JONES DAY** |
| Email: miles.clark@knepperclark.com | Cheryl L. O'Connor, Esq. |
| | Nevada Bar No. 14745 |
| **KRIEGER LAW GROUP, LLC** | 3161 Michelson Drive, Suite 800 |
| David H. Krieger, Esq. | Irvine, CA 92612-4408 |
| Nevada Bar No. 9086 | Email: Coconnor@jonesday.com |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | *Counsel for Defendant* |
| Email: DKrieger@kriegerlawgroup.com | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff Eric Steinmetz* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF
## EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED November 12, 2021.

*Steinmetz v. American Honda Finance et al*
*Case No. 2:19-cv-00064-JCM-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2